JS - 6

**FILED: 5/22/13**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALVEY CARGO UNDERWRITING )<br>)<br>)<br>Plaintiff, )<br>)
vs. )<br>)<br>OREGON INTERNATIONAL AIR )<br>FREIGHT CO., )<br>)<br>Defendant. )<br>_____) | **CASE NO. CV 12-9436 GHK (MANx)**<br><br>**ORDER OF DISMISSAL** |

The parties' having gone before Magistrate Judge Nagle for settlement conference, and the Court having been advised that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED:   5/21/13

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE